UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
May 09 2022
Arthur Johnston, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**HL & C- LAMAR, LLC, A MISSISSIPPI LIMITED
LIABILITY COMPANY**                                              PLAINTIFF

V.                                              CIVIL CASE NO. 2:22-cv-62-KS-MTP

**RANJO PROPERTIES, LLC A MISSISSIPPI
LIMITED LIABILITY COMPANY; HONORABLE
HAL KITTRELL, IN HIS CAPACTY
AS DISTRICT ATTORNEY FOR LAMR COUNTY,
MISSISSIPPI; LAMAR COUNTY, MISSISSIPPI;
HONORABLE LYNN FITCH IN HER CAPACITY
AS ATTORNEY GENERAL FOR THE STATE OF
MISSISSIPPI; THE UNITED STATES OF AMERICA;
AND ANY AND ALL PERSONS HAVING OR
CLAIMING ANY LEGAL OR EQUITABLE
INTEREST IN THE FOLLOWING DESCRIBED LAND,
SOLD FOR TAXES ON AUGUST 26, 2019; LOT 9
FISHER POINT, BIG BAY LAKE COMMUNITY; PARCEL NO.
146-13-001.122; PPIN 36184; A PART OF SECTION 13,
TOWNSHIP 3 NORTH, RANGE 16 WEST, LAMAR
COUNTY, MISSISSIPPI**                                              DEFENDANTS

## NOTICE OF REMOVAL

To the United States District Court for the
Southern District of Mississippi

1. Defendant United States of America ("Federal Defendant"), acting by

and through the undersigned attorney, hereby gives notice of its removal of the civil action brought against it, among others, on February 4, 2022, in the Chancery Court of Lamar County, Mississippi, styled *HL & C- Lamar, LLC, A Mississippi Limited Liability Company v. Ranjo Properties, LLC, A Mississippi Limited Liability Company; Honorable Hal Kittrell, in his capacity as District Attorney for Lamar County, Mississippi; Lamar County, Mississippi; Honorable Lynn Fitch, in her capacity as Attorney General for the State of Mississippi; The United States of America; and any and all persons having or claiming any legal or equitable interest in the following described land, sold for taxes on August 26, 2019; Lot 11 Fisher Point, Big Bay Lake Community; Parcel No. 146-13-001.124; PPIN 36186; a part of Section 13, Township 3 North, Range 16 West, Lamar County, Mississippi* and numbered 22-cv-0033-CS.

Under the provisions of 28 U.S.C. §§ 1442(a)(1) and 1446, Federal Defendant removes this action to the United States District Court for the Southern District of Mississippi, Northern Division, which is the Federal district court for the judicial district and division in which the state court action is pending.

2. The removed civil action purports to assert a claim against Federal Defendant to confirm tax title in Plaintiff to certain real property located in Lamar County, Mississippi, on which Federal Defendant holds or has one or financial interests and/or liens.

3. This Notice of Removal is timely under 28 U.S.C. § 1446(b)(1) because it is filed within thirty (30) days after Federal Defendant received a copy of Plaintiff's state court complaint to Confirm and Quiet Tax Title.

4. Federal Defendant attaches to this Notice of Removal as Attachment 1 copies of the following papers served on Federal Defendant on April 11, 2022, which are all of the process, pleadings, and orders received by Federal Defendant prior to its removal of this action; and as Attachment 2 the Civil Cover Sheet.

5. Federal Defendant does not waive but specifically reserves all defenses available to it under Rules 12 and 19 of the Federal Rules of Civil

Procedure.

6. Pursuant to 28 U.S.C. § 1446(d), Federal Defendant is filing this day a copy of this Notice of Removal via the Mississippi Electronic Courts filing system in the state court action.

Respectfully submitted,

DARREN J. LAMARCA
*United States Attorney for the*
*Southern District of Mississippi*

By: _____
GREGG MAYER
Mississippi Bar Number 102232
Assistant United States Attorney
501 E. Court Street, Suite 4.430
Jackson, Mississippi 39201
(601) 965-4480

Dated: May 9, 2022

CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court using the Electronic Case Filing system (ECF). I certify that a true copy of the foregoing has been mailed via United States Mail, postage prepaid, to:

Jeffrey L. Hall
Law Office of Jeffrey L. Hall, PLLC
P.O. Box 18307
Hattiesburg, MS 39404-8307

*Attorney for the Plaintiff*

Date: May 9, 2022

GREGG MAYER
*Assistant United States Attorney*