IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**HL & C LAMAR, LLC**  **PLAINTIFF**

**v.**  **CIVIL ACTION NO. 2:22-CV-62-KS-MTP**

**RANJO PROPERTIES, LLC,** *et al.*  **DEFENDANTS**

## ORDER OF DISMISSAL

This cause comes before the Court *sua sponte* for dismissal based on events that have occurred in a parallel proceeding. This case involves a parcel of land, namely Lot 11 Fisher Point, Big Bay Lake Community, for which HL&C Lamar, LLC seeks to confirm and quiet tax title, having purchased it via a quitclaim deed from Odysseus Strategies, LLC. This same parcel is subject to forfeiture in the case titled *United States of America v. Real Property Located at 19 Crane Park, et al.*, No. 2:18-cv-165-KS-MTP ("Forfeiture Action"). HL&C Lamar, LLC filed a verified claim in the Forfeiture Action, and the Government filed a summary judgment. The Court has now entered summary judgment in favor of the Government on HL&C Lamar, LLC's claim, which has extinguished all interest in the property. *See* No. 2:18-cv-165-KS-MTP, CM/ECF Doc. No. [361]. Therefore, the issues raised in this proceeding are now moot.

Accordingly, it is hereby ORDERED that this case is dismissed with prejudice, and all pending motions are denied as moot.

SO ORDERED AND ADJUDGED this 3rd day of January 2023.

/s/ Keith Starrett
KEITH STARRETT
UNITED STATES DISTRICT JUDGE